

**United States District Court
Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700                                  Peter A. Moore, Jr.
Fax (919) 645-1750                                      Clerk of Court

April 16, 2018

Robert J. Higdon, Jr., U.S. Attorney
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601

                         Re: Richard Hallman, II v. Warden FMC Butner
                             5:17-HC-2166-BO

Dear Mr. Higdon,

The following documents have been forwarded to your office by electronic notification:

      _____       Order allowing petitioner to proceed in forma pauperis.
      \_\_xx\_\_       Application for Writ of Habeas Corpus filed on 9/12/2017.
      \_\_xx\_\_       Order Directing Clerk to Continue Management of Case filed on 4/16/2018.

The respondent is allowed twenty-one (21) days from the date of service in which to file a responsive pleading.

                                               Sincerely,

                                               /s/ Peter A. Moore, Jr.
                                               Clerk

Enclosures\

cc:     Richard Hallman, II 63609-004
         Butner - F.M.C.
         P.O. Box 1600
         Butner, NC 27509